Allison Schmidt, Esq.
Nevada Bar # 10743
GHIDOTTI BERGER, LLP
8716 Spanish Ridge Ave, #115,
Las Vegas, NV  89148
Tel: (949) 427-2010 Ext. 1009
Fax: (949) 427-2732
aschmidt@ghidottiberger.com

Attorneys for Secured Creditor
U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, its successors and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re: | ) CASE NO.: 19-11231-abl |
| | ) |
| | ) Chapter 13 |
| JACKIE BUSTIOS, | ) |
| | ) OBJECTION TO CONFIRMATION OF |
| | ) DEBTORS' CHAPTER PLAN |
| | ) |
| | ) Hearing Date: September 24, ,2020 |
| | ) |
| | )  Hearing Time: 1:30 p.m. |
| | ) |
| | ) |

## <u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>

TO THE HONORABLE JUDGE AUGUST B. LANDIS, UNITED STATES

BANKRUPTCY JUDGE, THE DEBTOR, AND THE CHAPTER 13 TRUSTEE, KATHLEEN

A. LEAVITT:

U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST,

("**Creditor**"), a secured creditor of the above-named Debtors hereby objects to the confirmation

of Debtor's Chapter 13 Plan (the "**Plan**").

1    Secured Creditor holds a Promissory Note which is secured by a Deed of Trust on the

2    subject property commonly known as 3627 Dutch Valley Dr., Las Vegas, Nevada 89147

3    ("Property").

4    As of the filing of the bankruptcy case the total secured claim was $283,130.87 with pre-

5    petition arrearages in the amount of $46,330.45, as described in Proof of Claim number 9-1.

6    Secured Creditor files this Objection to protect its interests.

7    Application of the provisions of *11 United States Code Section 1325* determines when a

8    Plan shall be confirmed by the Court.  Under 11 U.S.C. §1325, the provisions for plan

9    confirmation in a Chapter 13 have been set.  Unless otherwise ordered, under 11 U.S.C. §

10   1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30

11   days after the Petition is filed.  The Plan must comply with all applicable provisions of 11 U.S.C.

12   § 1325 to be confirmed.

13   Secured Creditor objects to the proposed Plan as not setting forth a reasonable schedule

14   and time period for the payment of Secured Creditor's claim. Debtors state in their Chapter 13

15   Plan ("Plan") that the pre-petition arrears owed to Secured Creditor are $41,230.74. However, as

16   of March 4, 2019, the date that the instant bankruptcy was filed, the amount in default was

17   $46,330.45.  The payoff period and monthly repayment amount proposed by the Debtor exceeds

18   a reasonable arrangement in light of Debtor's past non-payment history and the stipulation

19   entered into by the parties.

20   Per Section 2.6, Debtor intends to fund the Plan by Refinancing the Property in April

21   2023 for the amount of $52,616.00. The Plan is premised upon a future refinancing of the

22   Subject Property which is not guaranteed. Also, the Plan fails to provide for an alternative plan

23   of action should a refinance not be possible.

24

1       WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

2      a.    The Plan be denied confirmation and the case be dismissed.

3  DATED:  September 9, 2020          GHIDOTTI BERGER, LLP

4                       By: /s/ Allison Schmidt, Esq.

5                         Allison Schmidt, Esq.
                           Attorney for Creditor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Allison Schmidt, Esq. (Bar No.: 10743)
GHIDOTTI | BERGER LLP
8716 Spanish Ridge Ave, #115,
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
aschmidt@ghidottiberger.com

Attorneys for Secured Creditor
U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, its successors
and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

In Re:                              )       CASE NO.: 19-11231-abl
                                    )
JACKIE BUSTIOS,                     )       CHAPTER 13
                                    )
        Debtor.                     )       **CERTIFICATE OF SERVICE**
                                    )
                                    )
                                    )       Hearing Date: September 24, ,2020
                                    )
                                    )        Hearing Time: 1:30 p.m.
                                    )
                                    )
                                    )
                                    )

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California. I am over the age of

eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave.,

Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of

correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary

course of business.

On September 09, 2020 I served the following documents described as:

- **OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor:**<br>Jackie Bustios<br>3627 Dutch Valley Drive<br>Las Vegas, NV 89147<br><br>**Debtor's Counsel**<br>George Haines<br>Freedom Law Firm, LLC<br>8985 S. Eastern Ave., Ste 350<br>Las Vegas, NV 89123<br><br>**Debtors Counsel:**<br>David Krieger<br>Krieger Law Group, LLC<br>2850 W. Horizon Ridge Blvd, Ste 200<br>Henderson, NV 89052 | **Chapter 13 Trustee:**<br>Kathleen A. Leavitt<br>711 South 4th St Suite #101<br>Las Vegas, NV 89101 |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 09, 2020 at Santa Ana, California

/s/ *Ana Palacios*
Ana Palacios

CERTIFICATE OF SERVICE